```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                       CASE NO. 06 B 04393
     GREGORY S LINDSEY
                                               CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

            Debtor
     SSN XXX-XX-4062


  ------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
  ------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

       1.  The case was filed on 04/19/06 .

       2.  The case was converted to Chapter 7 without confirmation, 06/27/2006.

       3.  The Debtor paid a total of $    616.00 .

       4.  The Trustee made disbursements to creditors as follows:


  ------------------------------------------------------------------------------
  CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
  ------------------------------------------------------------------------------
  COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00            .00            .00
  COUNTRYWIDE HOME LOANS   SECURED              .00            .00            .00
  BANK OF AMERICA          SECURED              .00            .00         296.59
  DIRECT LOAN SERVICING CE PRIORITY       NOT FILED            .00            .00
  CHASE MANHATTAN BANK USA UNSECURED      NOT FILED            .00            .00
  CHASE MANHATTAN BANK USA UNSECURED      NOT FILED            .00            .00
  DISCOVER BANK            UNSECURED      NOT FILED            .00            .00
  MONOGRAM BANK OF AMERICA UNSECURED      NOT FILED            .00            .00
  NICOR GAS                UNSECURED      NOT FILED            .00            .00
  LINDEN OAKS HOSPITAL     UNSECURED      NOT FILED            .00            .00
            Summary of disbursements:
  ------------------------------------------------------------------------------
                    SECURED      PRIORITY   UNSECURED       OTHER         TOTAL
  ------------------------------------------------------------------------------
  TOTAL CLMS ALLOWED      .00         .00         .00         .00            .00
  PRINCIPAL PAID       296.59         .00         .00         .00         296.59
  INTEREST PAID           .00         .00         .00         .00            .00
  TOTAL PAID           296.59         .00         .00         .00         296.59
  The Debtor's attorney, SUSAN G CASTAGNOLI          , was allowed $        .00
  and was paid $      .00 .

  The Trustee received $      8.23 .

  Refunds to the Debtor totaled $    311.18 .

       Wherefore, the Trustee requests an order be entered discharging
  the Trustee and the surety on his bond from any further liability
  in this case.
```

Dated: 10/19/06                         /s/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE