UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| LINDSEY, GREGORY S | ) | CASE NO. 06-04393-JHS |
| | ) | |
| Debtor(s). | ) | Hon. John H. Squires |

## ORDER AWARDING COMPENSATION AND EXPENSES TO SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC

THIS MATTER BEING HEARD on the final requests for the allowance of attorney fees and expenses of Trustee's counsel, Springer, Brown, Covey, Gaertner & Davis, LLC, due notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the requests for compensation and expenses are allowed as follows;

1.  Attorney for the Trustee: Springer, Brown, Covey, Gaertner & Davis, LLC
    a.  Compensation     $1,120.00
    b.  Expenses         $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

**ENTERED:**

By: _____
United States Bankruptcy Judge

*Order Prepared by*:

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON IL 60187
Telephone:   (630) 510-0000
Facsimile:    (630) 510-0004