UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| GREGORY S. LINDSEY, | ) | CASE NUMBER 06 B 04393 |
| | ) | |
| DEBTOR. | ) | HONORABLE JOHN SQUIRES |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:**   David R. Brown, Esq.
         400 South County Farm Road
         Suite 330
         Wheaton, IL  60187

**Please Take Notice** that on Friday, September 28, 2007 the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

**REQUEST FOR NOTICE**

Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice  be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for compensation and reimbursement of expenses, and the trustee's final report.

                                          WILLIAM T. NEARY
                                          UNITED STATES TRUSTEE

DATED: September 28, 2007           BY:   /s/Stephen Wolfe
                                          Stephen Wolfe
                                          Attorney for the United States Trustee
                                          OFFICE OF THE U.S. TRUSTEE
                                          227 WEST MONROE, SUITE 3350
                                          CHICAGO, ILLINOIS  60606
                                          (312) 886-7480

**CERTIFICATE OF SERVICE**

I, Stephen Wolfe, Attorney for the United States Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report  was accomplished through the Court's Electronic Notice for Registrants on September 28, 2007.

                                          /s/Stephen Wolfe