UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| LINDSEY, GREGORY S ) | CASE NO. 06-04393-JHS | |
| ) | | |
| Debtor(s).   ) | Hon. John H. Squires | |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   COURTROOM 2000
    DUPAGE COUNTY COURTHOUSE
    505 NORTH COUNTY FARM ROAD
    WHEATON, IL. 60187

    On: **November 9, 2007**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $7,543.73 |
    | Disbursements | $0.00 |
    | Net Cash Available for Distribution | $7,543.73 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | BROWN, DAVID R.<br>Trustee | $0.00 | $1,502.61 | $0.00 |
    | SPRINGER, BROWN, COVEY, GAERTNER<br>Attorney for Trustee (Trustee Firm) | $0.00 | $1,120.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.      Claims of general unsecured creditors totaling $52,085.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 9.41%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | CHASE BANK USA, N.A. | 2,329.53 | 219.31 |
| 000006 | CHASE BANK USA, N.A. | 4,317.79 | 406.49 |
| 000001 | Discover Bank Discover Financial Se | 3,724.83 | 350.67 |
| 000004 | MBNA America Bank N A | 30,996.07 | 2,918.06 |
| 000003 | UNITED STATES DEPARTMENT OF EDUCATI | 10,717.74 | 1,009.00 |

8.      Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor (has or has not) been discharged.

11.     The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | |

Dated: **October 16, 2007**                                                      For the Court,

                                                              By:   **KENNETH S. GARDNER**
                                                                    Kenneth S. Gardner
                                                                    Clerk of the U.S. Bankruptcy Court
                                                                    219 S. Dearborn Street; 7th Floor
                                                                    Chicago, IL 60604

| | |
|---|---|
| Trustee: | DAVID R. BROWN |
| Address: | 400 SOUTH COUNTY FARM ROAD |
| | SUITE 330 |
| | WHEATON IL 60187 |
| Phone No.: | (630) 510-0000 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1            Date Rcvd: Oct 16, 2007
Case: 06-04393                Form ID: pdf002            Total Served: 21

The following entities were served by first class mail on Oct 18, 2007.
db           +Gregory S Lindsey,    2505 Lincolnwood Court,    Aurora, IL 60504-6030
aty          +Susan G Castagnoli,    Law Offices of Susan G. Castagnoli  P C,    1119 N  Washington St,
               Naperville, IL 60563-2766
tr           +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
10700451     +Bank Of America,    201 N Tryon St,    Charlotte, NC 28255-0001
10700450     +Bank of America,    P.O. Box 21846,    Greensboro, NC 27420-1846
10726867      Bank of America NA,    NC4-105-03-14 PO Box 26012,    Greensboro NC 27420-6012
10700453     +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
10700452     +Chase,   Bank One Card Serv,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
11149219     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10700454     +Countrywide Home Loans,    450 American St,    Simi Valley, CA 93065-6285
10700456     +Discover Financial,    c/o Ventus Capital Services,    700 Executive Center Drive, #300,
               Greenville, SC 29615-4555
10700457      Linden Oaks Hospital,    Dept. 4070,    Elgin, IL 60122
10727328      MBNA America Bank N A,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
               Newark NJ 07193-5480
10700458     +Monogram Bank N America,    P.O. Box 17054,    Wilmington, DE 19884-0001
10700459     +NICOR (Northern Illinois Gas),    Attention: Bankruptcy & Collections,    PO Box 549,
               Aurora, IL 60507-0549
10700460     +Nicor Gas,   1844 Ferry Road,    Naperville, IL 60563-9600
10726915      UNITED STATES DEPARTMENT OF EDUCATION,    DIRECT LOAN SERVICING CENTER,    P.O. BOX 5609,
               GREENVILLE, TX 75403-5609
10700461     +Us Dept Of Education,    501 Bleecker St,    Utica, NY 13501-2401
The following entities were served by electronic transmission on Oct 17, 2007.
10700451     +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 17 2007 04:21:23      Bank Of America,
               201 N Tryon St,    Charlotte, NC 28255-0001
10700450     +E-mail/PDF: bankofamericaebn@americaninfosource.com Oct 17 2007 04:20:22      Bank of America,
               P.O. Box 21846,    Greensboro, NC 27420-1846
10708684      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 17 2007 05:01:04
               Discover Bank Discover Financial Services,    PO Box 8003,    Hilliard OH 43026
10700455      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 17 2007 05:01:04      Discover Fin,
               P. O. Box 15316,    Wilmington, DE 19850
10700462      E-mail/PDF: vci.bkcy@vwcredit.com Oct 17 2007 04:22:14      Volkswagon Credit Inc,
               1401 Franklin Blvd,    Libertyville, IL 60048
                                                                                              TOTAL: 5
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
                                                                                              TOTALS: 0, * 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 18, 2007**          **Signature:** _Joseph Speetjens_