## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| LINDSEY, GREGORY S | ) | CASE NO. 06-04393-JHS |
| | ) | |
| Debtor(s). | ) | Hon. John H. Squires |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $1,502.61 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $1,502.61 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

ENTERED:

NOV - 9 20..

By: _____
United States Bankruptcy Judge

*Order Prepared by:*

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON IL 60187
Telephone:   (630) 510-0000
Facsimile:   (630) 510-0004

06-04393:49.1:Application for Compensation:Proposed Order Entered: 9/24/2007 1:49:18 PM by:David Brown Page 1 of 1

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| LINDSEY, GREGORY S | ) | CASE NO. 06-04393-JHS |
| | ) | |
| Debtor(s). | ) | Hon. John H. Squires |

### ORDER AWARDING COMPENSATION AND EXPENSES TO SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC

THIS MATTER BEING HEARD on the final requests for the allowance of attorney fees and expenses of Trustee's counsel, Springer, Brown, Covey, Gaertner & Davis, LLC, due notice having been given and the Court being duly advised;

IT IS HEREBY ORDERED that the requests for compensation and expenses are allowed as follows;

1. Attorney for the Trustee: Springer, Brown, Covey, Gaertner & Davis, LLC
   a. Compensation         $1,120.00
   b. Expenses             $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

ENTERED:

NOV - 9 2007

By: _____
United States Bankruptcy Judge

*Order Prepared by*:

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON IL 60187
Telephone:  (630) 510-0000
Facsimile:  (630) 510-0004